IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN JOHN OSWALD,

    Plaintiff,

v.

VIKING COLLECTION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-31-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case.

_____      _____
Peter Oppeneer, Clerk of Court                   6/28/10
                                                    Date